**Opinion issued November 19, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00734-CV

_____

### IN RE JOHN WILLIAM PALMER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, John William Palmer, acting pro se but represented by counsel in the court below, has filed a petition for writ of mandamus.[1]  In the petition, he complains of the prosecutors' "conspiracy," asserting he did not waive his right to a jury trial but, rather, the trial court, prosecutors and stand-by counsel waived his

---

[1]    The underlying case is *State of Texas v. John Palmer*, cause number 1584989, pending in the 183rd District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding.

right to a jury trial through "[f]raud [a]nd [f]alse [s]tatements." He seeks mandamus relief to "[a]llow [his] [r]ight [t]o [a] [j]ury [t]rial."

We deny relator's petition for writ of mandamus. All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.